EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT #3753
Assistant U.S. Attorney

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Les.Osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 07 2003

at 3 o'clock and 30 min P
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 03-1-30    CR 03-00228 HG |
| Plaintiff, | INDICTMENT |
| vs. | [18 U.S.C. § 2320] |
| SEON IL KIM,<br>aka HYO IK CHO, | |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

On or about April 16, 2003, in the District of Hawaii, the Defendant, SEON IL KIM, aka HYO IK CHO, intentionally trafficked in goods and knowingly used a counterfeit mark on or in connection with such goods.

All in violation of Title 18, United States Code, Section 2320.

DATED: _May 7_____, 2003 at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
LESLIE E. OSBORNE, JR.
Assistant U.S. Attorney

United States v. Seon Il Kim, aka Hyo Ik Cho;
Cr. No. _____
"Indictment"

2