EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  Les.Osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>SEON IL KIM,<br>aka HYO IK CHO,<br><br>        Defendant. | CR. NO. 03-00228 HG<br><br>ORDER FOR DISMISSAL<br>OF INDICTMENT |

ORDER FOR DISMISSAL OF INDICTMENT

The Defendant has been charged in Count 1 of the Indictment filed on May 7, 2003.

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment on the grounds that the Defendant has entered a guilty plea and has been sentenced to a felony Superseding Information

filed on November 3, 2003, as part of a plea agreement which was accepted by the Court on February 25, 2005.

DATED: Honolulu, Hawaii, 3/31, 2005.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By /s/ Leslie E. Osborne
LESLIE E. OSBORNE, JR.
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

HELEN GILLMOR
_____
HELEN GILLMOR
United States District Judge

United States v. Seon Il Kim, aka Hyo Ik Cho
Cr. No. 03-00228 HG
"Order for Dismissal of Indictment"