UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
JAN 3 1 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 05-10170 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-03-00228-HG |
| v. | District of Hawaii, Honolulu |
| SEON IL KIM, aka Hyo Ik Cho, | ORDER |
| Defendant - Appellant. | |

**RECEIVED**
CLERK, U.S. DISTRICT COURT
FEB - 2 2006
DISTRICT OF HAWAII

Before: Peter L. Shaw, Appellate Commissioner

The motion of Michael G. M. Ostendorp, Esq., to withdraw as appellant's appointed counsel and to appoint new counsel is granted.

Counsel will be appointed by separate order.

The Clerk shall serve a copy of this order by facsimile transmission on Magistrate Judge Barry M. Kurren, U.S. District Court for the District of Hawaii, P.O. Box 50122, Honolulu, Hawaii 96850, (FAX: (808) 541-3500), who will locate appointed counsel. The district court shall provide the Clerk of this court with the name and address of appointed counsel by facsimile transmission (FAX: (415) 556-6228) within 14 days of locating counsel.

New counsel is advised that this case is fully briefed.

_Peter L. Shaw_
General Order 6.3(e)