UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 10 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>SEON IL KIM,<br><br>Defendant - Appellant. | No. 05-10170<br><br>D.C. No. CR-03-00228-HG<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 12 2006

at __11__ o'clock and __03__ min.__A__M
SUE BEITIA, CLERK

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

Appellant's motion to withdraw as counsel is denied as moot.

The certified copy of this order sent to the district court shall constitute the mandate.

For the Court

Nanette Won
Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

APR 10 2006

by _____
Deputy Clerk

S:\MOATT\Clrkords\04.06\nw\05-10170v.wpd

INTERNAL USE ONLY: Proceedings include all events.
05-10170 USA v. Kim

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Leslie F. Osborne<br>(808) 541-2850<br>[COR LD NTC aus]<br>Room 6100, PJKK Federal<br>Building<br>300 Ala Moana Blvd.<br>Honolulu, HI 96850 |
| v. | |
| SEON IL KIM, aka Hyo Ik Cho<br>    Defendant - Appellant | Michael G.M. Ostendorp<br>808/531-5655<br>Suite 803<br>[COR LD NTC cja]<br>Attorney at Law<br>Melmin Building<br>333 Queen Street<br>Honolulu, HI 96813<br><br>Georgia K. McMillen, Esq.<br>FAX 808/242-4343<br>808/242-4343<br>[COR LD NTC cja]<br>P.O. Box 1512<br>Wailuku Maui, HI 96793 |