United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date: October 19, 2005

To: United States Court of Appeals     Attn:  ( )   Civil
    For the Ninth Circuit
    Office of the Clerk                        (✓)   Criminal
    95 Seventh Street
    San Francisco, California 94103            ( )   Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:        CR 03-00228 HG           Appeal No:    05-10170

Short Title:  USA vs. SEON IL KIM

Clerk's Files in    1          volumes  (✓) original  ( ) certified copy

Bulky docs                     volumes (folders)  docket #

Reporter's          11         volumes  (✓) original  ( ) certified copy
Transcripts                    4/17/03; 4/22/03; 5/1/03; 5/12/03; 11/4/03; 5/10/04; 7
                               9/27/04; 10/14/04; 2/23/05; 2/25/05

Exhibits                       volumes ( ) under seal

                               boxes ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos: 1 - #38

Acknowledgment: _____    Date: _____

cc: All counsel of record

*Stamps: SEALED; SEAL; FILED OCT 21 2005 CATHY A. CATTERSON, CLERK; FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII NOV 17 2006 at __ o'clock and __ min. __ SUE BEITIA, CLERK*